ACCEPTED
14-15-00314-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:33:54 PM
CHRISTOPHER PRINE
CLERK



**BOB WORTHAM**
CRIMINAL DISTRICT ATTORNEY

Jefferson County Courthouse
1085 Pearl Street, 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
FAX (409) 784-5893

**CORY J. H. CRENSHAW**
First Assistant

**ASHLEY CHASE**
Criminal Chief

**WAYLN THOMPSON**
Appellate Chief

**GARY REAVES**
Public Integrity

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/2/2015 1:33:54 PM
PAT KNAUTH
Executive Assistant
CHRISTOPHER A. PRINE
Clerk

**KATHLEEN M. KENNEDY**
Civil Chief

**RANDI KING**
Family Chief

**JAMES ARCENEAUX**
Chief Investigator

June 2, 2015

Chris Prine
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

   Re: Ronnie Thibodeaux
     Docket No. 12-13923 / Appeal No. 14-15-00314-CR

To The Honorable Court of Appeals:

After having read the complete record, the State waives its right to answer the Appellant's Anders Brief. The State may respond to any supplemental or additional briefs filed by Appellant in this appeal.

The State notes that the trial court orally pronounced that Applicants sentence in Cause #12-13923 would run consecutive to 10-year sentences in Cause #12-14944 and Cause #15-21315. The judgment in Cause #12-13923 does not follow through on that oral pronouncement of consecutive sentencing.

Appellate Courts have authority to modify / correct a judgment. However, an issue exists regarding the commingling of proceedings in all three cases that likely impacts the cumlation of sentences.

Respectfully Submitted,

/s/ Wayln G. Thompson

_____

Wayln G. Thompson
Assistant Criminal District Attorney
Jefferson County, Texas
(thompson@co.jefferson.tx.us)


WGT/mh

cc:    CM/RRR #7012 1010 0002 1585 3246
       Gaylyn Leon Cooper, Attorney at Law, 1104 Orleans Street, Beaumont, Texas 77701